# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| UFCW Local 1546 Welfare Fund,<br>　　　　　Plaintiff,<br>　-v-<br>Scala Packing Company, Inc., an Illinois Corp., Defendant. | FILED: APRIL 3, 2008<br>08CV1914　　　AEE<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

　　　　　UFCW LOCAL 1546 WELFARE FUND

| | |
|---|---|
| **NAME** (Type or print)<br>ROBERT B. GREENBERG | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>　s/　　Robert B. Greenberg | |
| **FIRM**<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| **STREET ADDRESS**<br>200 West Jackson Boulevard, Suite 1900 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>01047558 | **TELEPHONE NUMBER**<br>312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |