AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND, Plaintiff, | SUMMONS IN A CIVIL CASE |
| v. | |
| SCALA PACKING COMPANY, INC., an Illinois Corporation, Defendant. | CASE NUMBER: 08CV1914<br>ASSIGNED JUDGE: JUDGE DOW<br>DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ |

TO: (Name and address of Defendant)

SCALA PACKING COMPANY, INC., an Illinois Corporation
c/o:   PASCAL G. SCALA, Registered Agent
        351 West Huron Street
        Chicago, IL 60610

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_
(By) DEPUTY CLERK

April 3, 2008
Date



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 4-4-2008 |
| NAME OF SERVER (PRINT)<br>Bernard Le Flore | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Served Ross Rizal Supervisor/Agent for Scala Packing Co., Inc.

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 17.00 | | 17.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server: Bernard Leflore

Address of Server: 200 W. Jackson Suite 1900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.