THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   08 CV 1914 |
| ) | |
| SCALA PACKING COMPANY, INC., an ) | Judge Dow |
| Illinois Corporation, ) | |
| ) | Mag. Judge Valdez |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiff and moves this Honorable Court to enter a default judgment on behalf of the Plaintiff and against Defendant on the grounds that the Defendant has failed to answer or otherwise defend the complaint of the Plaintiff, a copy of which is attached as "Exhibit A."  Defendant was served on April 4, 2008, as more fully stated on the Affidavit of Service, a copy of which is attached as Exhibit "B."

WHEREFORE, Plaintiff requests the following relief:

1.   That default be entered against the Defendant herein, SCALA PACKING COMPANY, INC., an Illinois Corp., and that the complaint filed herein be taken as confessed.

2.   That judgment be entered forthwith against the Defendant, and in favor of Plaintiffs for the period July 1, 2007, through April 30, 2008, in the amount of $15,403.47.

3. That interest and/or liquidated damages be assessed against the Defendant, SCALA PACKING COMPANY, an Illinois Corp., as provided in the Collective Bargaining Agreement and the applicable provisions of the Pension Reform Act.

4. That the Defendant, SCALA PACKING COMPANY, INC., an Illinois Corp., be ordered to comply with and perform according to the terms and conditions of their collective bargaining agreement with UFCW Local 1546.

5. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

Dated: May 1, 2008

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UFCW LOCAL 1546 WELFARE FUND,   )
                                )
                    Plaintiff,  )
                                )
        v.                      )   No.   FILED: APRIL 3, 2008
                                )         08CV1914        AEE
SCALA PACKING COMPANY, INC., an )         JUDGE DOW
Illinois Corporation,           )         MAGISTRATE JUDGE VALDEZ
                                )
                    Defendant.  )

COMPLAINT

Plaintiff, UFCW LOCAL 1546 WELFARE FUND, by and through its Attorney, Robert B. Greenberg of Asher, Gittler, Greenfield & D'Alba, Ltd., complaining of Defendant, SCALA PACKING COMPANY, INC., an Illinois Corp., allege as follows:

1.  This action is brought under the provisions of Sections 502(g)(2), (a)(3), of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C., Secs. 1132(g)(2), (a)(3), and 1145.

2.  Jurisdiction in this Court is based upon Sections 502(e)(1) and 502(e)(2) of ERISA [29 U.S.C. Sec. 1132(e)(1) and (e)(2)], which states in relevant part:

> Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

-1-

Exh. "A"

3.  The UFCW LOCAL 1546 HEALTH & WELFARE FUND ("Fund") has been established pursuant to collective bargaining agreements heretofore entered into between the UFCW Local 1546 ("Union") and Defendant, and the Fund is maintained and administered in accordance with and pursuant to the provisions of Section 302(c)(5) of the National Labor Relations Act, as amended, ERISA and other applicable federal law and the Fund is administered pursuant to the terms and provisions of a certain Restated Agreement and Declaration of Trust ("Trust Agreement").

4.  The Fund office is located at 1649 West Adams Street, Chicago, Illinois 60612, and the Fund is administered in the Northern District of Illinois.

5.  As provided in the Trust Agreement, Plaintiff is required to receive, hold and manage all monies required to be contributed to the Fund in accordance with the provisions of the then applicable Collective Bargaining Agreement for the uses and purposes set forth in the Trust Agreement.

6.  Defendant is an employer engaged in an industry affecting commerce and maintains its principal place of business at 351 West Huron Street, Chicago, IL 60610.

7.  Defendant employs or has employed persons represented for collective bargaining purposes by the Union and agreed to be bound by the Collective Bargaining Agreement or agreements referred to herein, by the terms of which Defendant was required to contribute to the Fund.

8.  Plaintiff is advised and believes that Defendant has repeatedly failed to submit accurate contribution reports and the required payments thereon to the Fund pursuant to the terms of the Collective Bargaining Agreement by which it was bound, all in violation of its contractual obligations and its obligations under applicable federal statutes.

9.  As a result of the above-described omissions and breaches of agreement by Defendant, Plaintiff may be required to (a) deny the employee beneficiaries for whom contributions have not been made the benefits provided under the benefit plan, thereby causing to such employee beneficiaries substantial and irreparable damage, or (b) to provide to employees of Defendant the benefits provided under the benefit plan, notwithstanding Defendant's failure to make the required contributions thereto, thereby reducing the corpus of such Fund and endangering the rights of the employee beneficiaries thereunder on whose behalf contributions are being made, all to their substantial and irreparable injury.

10. Plaintiff, in its behalf, and on behalf of all employees for whose benefit the Fund was established, has requested Defendant to perform its obligations, but Defendant has refused and failed to perform as herein alleged.

11. Plaintiff is without an adequate remedy at law and will suffer immediate, continuing and irreconcilable injury and damage unless Defendant is ordered to specifically perform all of its obligations required under the Collective Bargaining Agreement and the Trust Agreement, and is restrained from continuing to refuse to perform as thereunder required.

12. Defendant is delinquent to the Fund for the period November 1, 2007, through March 31, 2008, in the amount of $12,913.47.

13. Defendant's failure to pay is a violation of the Collective Bargaining Agreement and the Trust Agreement. Plaintiff, therefore, seeks enforcement of these provisions pursuant to Section 502(g)(2, (a)(3) and 515 of the Employee Income Security Act of 1947 ("ERISA"), 29 U.S.C., Sec. 1132(g)(2), (a)(3), and 1145.

WHEREFORE, Plaintiff prays:

(a) That judgment enter in favor of Plaintiff and against Defendant in the sum of $12,913.47.

(b) That Plaintiff be awarded its costs, including reasonable attorney's fees incurred in the prosecution of this action as provided in the Collective Bargaining Agreement and under the applicable provisions of ERISA, as amended.

(c) That interest and/or liquidated damages be assessed against Defendant as provided in the Collective Bargaining Agreement and the applicable provisions of ERISA, as amended.

(d) That Defendant be specifically ordered to furnish to Plaintiff the required monthly contribution reports and payments due thereunder and to continue to perform all obligations on Defendant's part according the terms and conditions of its Collective Bargaining Agreement.

(e) For such other and further relief as the Court may determine just and proper.

/s/ Robert B. Greenberg  
Asher, Gittler, Greenfield & D'Alba, Ltd.  
200 West Jackson Boulevard  
Suite 1900  
Chicago, Illinois 60606  
(312) 263-1500  
IL ARDC#: 01047558

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND, Plaintiff, | SUMMONS IN A CIVIL CASE |
| v. | |
| SCALA PACKING COMPANY, INC., an Illinois Corporation, Defendant. | CASE NUMBER: 08CV1914 |
| | ASSIGNED JUDGE: JUDGE DOW |
| | DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ |

TO: (Name and address of Defendant)

SCALA PACKING COMPANY, INC., an Illinois Corporation
c/o: PASCAL G. SCALA, Registered Agent
351 West Huron Street
Chicago, IL 60610

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis*

- (By) DEPUTY CLERK

April 3, 2008
Date

Exh. "B"

# RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE 4-4-2008

NAME OF SERVER (PRINT) Bernard Le Flore

TITLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Ross Rizal Supervisor/Agent for Scala Packing Co, Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 17.00 | | 17.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-4-08
Date

Signature of Server: Bernard Leflore

Address of Server: 200 W. Jackson Suite 1900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No.   08 CV 1914 |
| ) | |
| SCALA PACKING COMPANY, INC., an ) | Judge Dow |
| Illinois Corporation, ) | |
| ) | Mag. Judge Valdez |
| Defendant. ) | |

## AFFIDAVIT

PATTY GUFFEY, on oath and duly sworn, states:

1. Affiant is the Accounts Receivable Coordinator for UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, and UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546 PENSION FUND.

2. Based upon an examination of Defendant's reports and records performed under my direction and control, Affiant finds the Defendant, SCALA PACKING COMPANY, INC., an Illinois Corporation, to be delinquent in its contributions and for liquidated damages to the Welfare Fund for the months of July 1, 2007, through April 30, 2008, in the amount of $15,403.47.

_____
PATTY GUFFEY

Subscribed and Sworn to before me
this 29th day of April, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA A KESSEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/04/09

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND,            )<br>                                                                     )<br>                          Plaintiff,               )<br>                                                                     )<br>v.                                                                )   No.   08 CV 1914<br>                                                                     )<br>SCALA PACKING COMPANY, INC., an  )   Judge Dow<br>Illinois Corporation,                               )<br>                                                                     )   Mag. Judge Valdez<br>                          Defendant.          ) | |

**AFFIDAVIT**

ROBERT B. GREENBERG, attorney for Plaintiff, UFCW LOCAL 1546 WELFARE FUND, on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2. That I represent the Plaintiff, UFCW LOCAL 1546 WELFARE FUND, and my billing rate to Plaintiff Fund is $195.00 per hour.

3. That I have billed my clients a total of $1,290.00 for legal services in the matter of SCALA PACKING COMPANY, INC., an Illinois Corporation.

4. That costs in the amount of $350.00 for filing have been incurred by Plaintiff.

/s/ RtB
ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 24th day of April 2008.

/s/ Linda D. Konaszewski
NOTARY PUBLIC

OFFICIAL SEAL
LINDA D KONASZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/10