THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCALA PACKING COMPANY, INC., an ) <br> Illinois Corporation, ) <br> ) <br> Defendant. ) | No.   08 CV 1914 <br><br> Judge Dow <br><br> Mag. Judge Valdez |

### NOTICE OF MOTION

TO:   Pascal G. Scala, Reg. Agent
       **Scala Packing Company**
       **351 West Huron**
       **Chicago, IL   60610**

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing at Room 1919, Judge Dow, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 15th day of May 2008, at 9:15 a.m. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

## CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiff in this action, and that he served the attached Motion upon:

>**Pascal G. Scala, Reg. Agent**
>**Scala Packing Company**
>**351 West Huron**
>**Chicago, IL  60610**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 1st day of May, 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

>/s/ Robert B. Greenberg
>Asher, Gittler, Greenfield & D'Alba, Ltd.
>200 West Jackson Boulevard
>Suite 1900
>Chicago, Illinois 60606
>(312) 263-1500
>IL ARDC#:  01047558