# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1914 | **DATE** | 5/15/2008 |
| **CASE TITLE** | UFCW Local 1546 vs. Scala Packing Co. | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff UFCW Local 1546 Welfare Fund for default and judgment as to Scala Packing Company, Inc. [8] is granted. ENTER JUDGMENT ORDER: Judgment is entered in favor of Plaintiff and against Defendant Scala Packing Compnay, Inc. in the total amount of $17,043.47.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|