

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UFCW LOCAL 1546 WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCALA PACKING COMPANY, INC., an ) <br> Illinois Corporation, ) <br> ) <br> Defendant. ) | No.   08 CV 1914 <br><br> Judge Dow <br><br> Mag. Judge Valdez |

## JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiff for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1.  That Defendant, SCALA PACKING COMPANY, INC., an Illinois Corporation, having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2.  The Complaint filed by the Plaintiff against the Defendant is hereby taken as confessed.

3.  That judgment in the amount of SEVENTEEN THOUSAND FORTY THREE AND 47/100 DOLLARS ($17,043.47), which amount includes Court costs in the amount of THREE HUNDRED FIFTY AND 00/100 DOLLARS ($350.00) and attorney's fees in the amount of ONE THOUSAND TWO HUNDRED NINETY AND NO/100 DOLLARS

($1,290.00) is entered against SCALA PACKING COMPANY, INC., an Illinois Corp., and in favor of UFCW LOCAL 1546 WELFARE FUND.

4. That Defendant shall comply with and perform according to the terms and conditions of his Collective Bargaining Agreement with UFCW Local 1546.

5. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiff in order to enforce the judgment entered herein.

DATED: May 15, 2008

ENTER:

_____
U.S. District Court Judge

ROBERT B. GREENBERG
IL ARDC#: 01047558
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500